IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, <br><br>          Plaintiff, <br><br>  vs. <br><br> TTM INCORPORATED dba DIAMONDHEAD SPRINKLERS, a Corporation; and TOBY MANNELLA, an individual, <br><br>          Defendants. | CV 24-00181 DKW-KJM |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 25, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Acting Secretary's Petition to Enforce Administrative Subpoenas *Duces Tecum* Issued by the Wage and Hour Division of the United States Department of Labor and to Equitable [sic] Toll the Running of the FLSA'

[sic] Statute of Limitations from August 24, 2023", ECF No. 13, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 15, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

*Julie A. Su vs. TTM Incorporated dba Diamondhead Sprinklers, et al*; Civil No. 24-0181 DKW-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION